Justice NIGRO joins this concurring and dissenting opinion.

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Patty A. PITCOCK, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 13, 2000.

### *ORDER*

PER CURIAM:

**AND NOW,** this 13th day of January 2000, the Petition For Allowance of Appeal is GRANTED and this matter is REMANDED to the trial court for further consideration in light of this Court's decision in *United National Ins. Co. v. JH France Refractories,* 558 Pa. 409, 737 A.2d 738 (1999).